**Opinion issued October 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-13-00803-CV

————————

## IN RE VEMAX HEALTHCARE SERVICES, INC & EVANGEL HEALTHCARE CHARITIES, INC., Relators

## Original Proceeding on Petition for Writ of Mandamus

## MEMORANDUM OPINION [1]

By petition for writ of mandamus, relators, Vemax Healthcare Services, Inc.

and Evangel Healthcare Charities, Inc., seek mandamus relief from the trial court's

September 3, 2013 orders granting plaintiff's motion to compel discovery and

---

[1]  The underlying case is *Samuel O. Aguocha v. Yeshua Rehabilitation & Wellness Center, Inc., et al*, No. 2012-45397 in the 234th District Court of Harris County, Texas, the Hon. Wesley Ward, presiding.

1

denying their motions to dismiss, for no-evidence summary judgment, and for injunctive relief.

We **DENY** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.